FILED by KK        D.C.
ELECTRONIC

JAN. 28, 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

INTRA-LOCK INTERNATIONAL, INC.,
a Florida corporation,

**08-80088-CIV-ZLOCH/SNOW**

        Plaintiff,

v.

NOBEL BIOCARE AB, a Swedish corporation,
and

NOBEL BIOCARE USA, LLC,
a Delaware corporation,

        Defendants.
_____/

## COMPLAINT AND JURY DEMAND

Plaintiff Intra-Lock International, Inc. files its Complaint against Defendants Nobel Biocare AB and Nobel Biocare USA LLC as follows:

### PARTIES

1.  Plaintiff Intra-Lock International, Inc. (hereafter "Plaintiff" or "Intra-Lock") is a Corporation organized and existing under the laws of the State of Florida and has a place of business located 6560 W. Rogers Circle, Suite 24, Boca Raton, FL 33487.

2.  Upon information and belief, Defendant Nobel Biocare AB (hereafter "Nobel Biocare") is a corporation organized and existing under the laws of Sweden and has a place of business located at Bohusgatan 15, SE-411 39 Göteborg, Sweden.

3.  Upon information and belief, Defendant Nobel Biocare USA, LLC (hereafter "Nobel Biocare USA", Nobel Biocare and Nobel Biocare USA may collectively hereafter be referred to as "Defendants") is a Limited Liability Company organized and existing under the laws

1

JAY M. LEVY, P.A.
9130 SOUTH DADELAND BOULEVARD • TWO DATRAN CENTER • SUITE 1510 • MIAMI, FL 33156
TELEPHONE (305) 670-8100 • FACSIMILE (305) 670-4827 • EMAIL jay@jaylevylaw.com

1 of 5

of the State of Delaware and has a principal place of business located at 22715 Savi Ranch Parkway, Yorba Linda, CA 92887

## JURISDICTION AND VENUE

4. This action for patent infringement arises under the Patent Laws of the United States Code, 35 U.S.C. §1 et seq., This Court has jurisdiction pursuant to 28 U.S.C. §1338(a).

5. Venue is proper in this Court pursuant to 28 U.S.C. §§1391 and 1400(b).

## Count I - Infringement Of United States Patent No. 7,131,840 B2

6. Plaintiff realleges and incorporates by reference every allegation contained in paragraphs 1 - 5 of this Complaint.

7. Plaintiff is the owner of United States Patent No. 7,131,840 B2 entitled Dental Implant Installation Method and Device (hereafter the "'840 patent"), which patent was duly and legally issued on 7 November 2006. (Exhibit A)

8. Plaintiff has placed the required statutory notice on Dental Implant Devices, or packaging associated therewith, manufactured and sold by Plaintiff under the '840 Patent.

9. Upon information and belief, Defendants have infringed, are infringing, and are threatening to infringe the '840 patent by making, using, offering to sell, and selling, or importing into the United States dental implant systems embodying the patented device and by practicing the patented method, in violation of 35 U.S.C. § 271(a).

10. Upon information and belief, Defendants have induced, are inducing, and are threatening to induce others to infringe the '840 patent, in violation of 35 U.S.C. 35 U.S.C. § 271(b).

11. Upon information and belief, Defendants offer to sell or sell within the United States or import into the United States a component of a patented machine, manufacture,

E.   Order Defendants to pay Plaintiff's costs, expenses and attorney fees for the Patent Infringement;

F.   Award other and further relief that this Court deems just and proper.

by _____
JAY M. LEVY
Florida Bar ID No. 219754
Email:   jay@jaylevylaw.com
Jay M. Levy, P.A.
9130 S Dadeland Boulevard, Suite 1510
Miami, Florida 33156
Telephone:   305-670-8100
Facsimile:   305-670-4827

*Local Counsel for Plaintiff*
*Intra-Lock International, Inc.*

RICHARD W. HOFFMANN (P42352)
Email:   hoffmann@reising.com
ERIC T. JONES (P51470)
ANDREW M. GROVE (P48868)
Reising Ethington Barnes Kisselle PC
201 W. Big Beaver Road, Suite 400
Troy, Michigan 48084
Telephone:   248-689-3500
Facsimile:   248-689-4071

*Co-Counsel for Plaintiff*
*Intra-Lock International, Inc.*

Date: _____

## JURY DEMAND

Plaintiff, Intra-Lock International, Inc. hereby demands a trial by jury.

by _____
JAY M. LEVY
Florida Bar ID No. 219754
Email:   jay@jaylevylaw.com
Jay M. Levy, P.A.
9130 S Dadeland Boulevard, Suite 1510
Miami, Florida 33156
Telephone:   305-670-8100
Facsimile:   305-670-4827

*Local Counsel for Plaintiff*
*Intra-Lock International, Inc.*

RICHARD W. HOFFMANN (P42352)
Email:   hoffmann@reising.com
ERIC T. JONES (P51470)
ANDREW M. GROVE (P48868)
Reising Ethington Barnes Kisselle PC
201 W. Big Beaver Road, Suite 400
Troy, Michigan 48084
Telephone:   248-689-3500
Facsimile:   248-689-4071

*Co-Counsel for Plaintiff*
*Intra-Lock International, Inc.*

Date: _____

<u>PATENT, TRADEMARK, COPYRIGHT INFORMATION</u>
(To be distributed when 820, 830, 840 category case is filed)

1. If this is a patent action, please respond:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| US 7,131,840 B2 | November 7, 2006 | Intra-Lock Int'l, Inc. |

2. If this is a trademark action, please respond:

| TRADEMARK NO. | DATE OF TRADEMARK | TRADEMARK APPLICANT |
|---|---|---|

1. If this is a copyright action, please respond:

| COPYRIGHT REG. NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|

Date:                                   _____
                                         ATTORNEY SIGNATURE

JS 44   (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
INTRA-LOCK INTERNATIONAL, INC., a Florida corporation

### DEFENDANTS
NOBEL BIOCARE AB, a Swedish corporation; NOBEL BIOCARE USA LLC, a Delaware corporation

**(b)** County of Residence of First Listed Plaintiff: Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jay M. Levy (FL Bar ID No. 219754) Email: jay@jaylevylaw.com
9130 S Dadeland Boulevard, Suite 1510
Miami, Florida 33156  Telephone: 305-670-8100

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

(handwritten: WPB-08cv 80088 Zloch/Snow)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

(stamp: FILED by __ D.C. INTAKE JAN 28 2008 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. of FLA. MIAMI)

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO
JUDGE _____    DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):
Patent Infringement under Patent Laws of the United States, 35 U.S.C. 1, et seq.

LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD: (signature)
DATE: 1/28/08

FOR OFFICE USE ONLY
AMOUNT $350.00  RECEIPT # 973916  IFP
01/28/08