UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 08-80088-CIV-ZLOCH/SNOW**

INTRA-LOCK INTERNATIONAL, INC.,
a Florida corporation,
        Plaintiff,
v.

**STIPULATED ORDER**

NOBEL BIOCARE AB, a Swedish corporation,
and
NOBEL BIOCARE USA, LLC,
a Delaware corporation,

        Defendants.

_____

**STIPULATION EXTENDING TIME FOR NOBEL
BIOCARE USA, LLC TO RESPOND TO COMPLAINT**

Subject to approval by the Court, the parties stipulate to an extension of time of thirty (30) days from Wednesday, March 26, 2008 to Friday, April 25, 2008 for Nobel Biocare USA, LLC to respond to the Complaint.

The request for a thirty day extension is necessary because the parties are assessing information brought to light by counsel for Nobel Biocare USA relating to the patents-in-suit and the accused devices.

 s/  Jay M. Levy_____
JAY M. LEVY
Florida Bar ID No. 219754
Email:       jay@jaylevylaw.com
Jay M. Levy, P.A.
9155 S Dadeland Boulevard, Suite 1810
Miami, Florida 33156
Telephone:    305-670-8100
Facsimile:    305-670-4827
*Local Counsel for Plaintiff*
*Intra-Lock International, Inc.*

 s/with consent, Gary M. Bagliebter/
GARY M. BAGLIEBTER
Floridar Bar ID No. 346977
Email:       gbagliebter@shutts.com
Shutts & Bowen LLP
National City Center
200 East Broward Blvd., Suite 2100
Ft. Lauderdale, Florida 33301
Telephone:    305-379-9170
Facsimile:    954-888-3061
*Local Counsel for Defendant*
*Nobel Biocare USA, LLC*

| | |
|---|---|
| RICHARD W. HOFFMANN (P42352)<br>Email: hoffmann@reising.com<br>ERIC T. JONES (P51470)<br>ANDREW M. GROVE (P48868)<br>Reising, Ethington, Barnes Kisselle, PC<br>201 W. Big Beaver Road Road, Suite 400<br>Troy, Michigan 48084<br>Telephone:   248-689-3500<br>Facsimile:   248-689-4071<br>*Co-Counsel for Plaintiff*<br>*Intra-Lock International, Inc.* | JOHN B. SGANGA, JR. (CA 116211)<br>Email: johnsganga@kmob.com<br>SEAN M. MURRAY (CA 213655)<br>TIMOTHY J. GOODSON (CA 244649)<br>Knobbe Martens Olson & Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, California 92614<br>Telephone:   949-760-0404<br>Facsimile:   949-760-9502<br>*Co-Counsel for Defendant*<br>*Nobel Biocare USA, LLC* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 08-80088-CIV-ZLOCH/SNOW**

INTRA-LOCK INTERNATIONAL, INC.,
a Florida corporation,
    Plaintiff,

v.   **STIPULATED ORDER**

NOBEL BIOCARE AB, a Swedish corporation,
and
NOBEL BIOCARE USA, LLC,
a Delaware corporation,

    Defendants.

---

**STIPULATED ORDER EXTENDING TIME FOR NOBEL
BIOCARE USA LLC TO RESPOND TO COMPLAINT**

The Stipulation having come before this Court,

IT IS HEREBY ORDERED:

Nobel Biocare USA LLC's time for responding to the Complaint shall be extended thirty (30) days from Wednesday, March 26, 2008 to and including Friday, April 25, 2008.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2008.

                                                                         _____
                                                                         HONORABLE WILLIAM ZLOCH
                                                                         United States District Court Judge

**Copies furnished to Counsel of Record**