```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 08-80088-CIV-ZLOCH
```

INTRA-LOCK INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

vs.                                         **O R D E R**

NOBEL BIOCARE AB, a Swedish
corporation, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Stipulation Extending Time For Nobel Biocare USA, LLC To Respond To Complaint (DE 12), which the Court construes as a Motion For Extension Of Time, filed herein by Plaintiff, Intra-Lock International, Inc., and Defendant, Nobel Biocare USA, LLC. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Parties' Motion For Extension Of Time To Respond To Complaint (DE 12) be and the same is hereby **GRANTED** and the Defendant shall have up to and including Noon, April 25, 2008 in which to respond to Plaintiff's Complaint.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___31st___ day of March, 2008.

                                              WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:
All Counsel of Record