UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 08-80088-CIV-ZLOCH/SNOW**

INTRA-LOCK INTERNATIONAL, INC.,
a Florida corporation,
        Plaintiff,

v.

NOBEL BIOCARE AB, a Swedish corporation,
and
NOBEL BIOCARE USA, LLC,
a Delaware corporation,
        Defendants.

**STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Intra-Lock International, Inc. and Defendant Nobel Biocare USA, LLC, the parties to the above-captioned litigation, hereby stipulate that all claims asserted in the Complaint shall be, and hereby are, dismissed with prejudice, with each party to bear its own costs and fees.

/s/ Jay M. Levy
JAY M. LEVY
Florida Bar ID No. 219754
Email:     jay@jaylevylaw.com
Jay M. Levy, P.A.
9155 S Dadeland Boulevard, Suite 1810
Miami, Florida 33156
Telephone:   305-670-8100
Facsimile:   305-670-4827
*Local Counsel for Plaintiff*
*Intra-Lock International, Inc.*

/s/ Gary M. Bagliebter
GARY M. BAGLIEBTER
Floridar Bar ID No. 346977
Email:     gbagliebter@shutts.com
Shutts & Bowen LLP
National City Center
200 East Broward Blvd., Suite 2100
Ft. Lauderdale, Florida 33301
Telephone:   305-379-9170
Facsimile:   954-888-3061
*Local Counsel for Defendant*
*Nobel Biocare USA, LLC*

RICHARD W. HOFFMANN (P42352)
Email:     hoffmann@reising.com
ERIC T. JONES (P51470)
ANDREW M. GROVE (P48868)
Reising, Ethington, Barnes Kisselle, PC

JOHN B. SGANGA, JR. (CA 116211)
Email:     john.sganga@kmob.com
SEAN M. MURRAY (CA 213655)
TIMOTHY J. GOODSON (CA 244649)
Knobbe Martens Olson & Bear LLP

| | |
|---|---|
| 201 W. Big Beaver Road Road, Suite 400 | 2040 Main Street, 14th Floor |
| Troy, Michigan 48084 | Irvine, California 92614 |
| Telephone:   248-689-3500 | Telephone:   949-760-0404 |
| Facsimile:   248-689-4071 | Facsimile:   949-760-9502 |
| *Co-Counsel for Plaintiff* | *Co-Counsel for Defendant* |
| *Intra-Lock International, Inc.* | *Nobel Biocare USA, LLC* |